**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22668-CIV-ALTONAGA**

**HUSSAM MOHAMMAD ABUEL-HAWA**,

      Petitioner,

v.

**MARKWAYNE MULLIN**, *et al.*,

      Respondents.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  On April 17, 2026, Petitioner, Hussam Mohammad Abuel-Hawa filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. [Section] 2241 [ECF No. 1], challenging his detention at the Krome North Service Processing Center ("Krome") in Miami, Florida.  (*See generally id.*).  Being fully advised, it is,

**ORDERED** as follows:

1.  Counsel for Respondents shall immediately notify the Court of receipt of this Order and the name of the Assistant United States Attorney to whom the case is assigned.

2.  On or before **April 24, 2026**, Respondents shall file a memorandum of fact and law ("response") to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition.  *See* 28 U.S.C. § 2243 (requiring that a response to an order to show cause "be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

3.  Petitioner's Ex Parte Expedited Motion for Order to Show Cause . . . **[ECF No. 5]** is **DENIED as moot**.  The Clerk of Court is directed to **UNSEAL** all docket entries in this action.

CASE NO. 26-22668-CIV-ALTONAGA

3.  Counsel for Respondents are instructed to caption the response a "response" and not a "motion to dismiss."

4.  Petitioner may, but is not required to, file a reply within **7 days** after Respondents file the response.

**DONE AND ORDERED** in Miami, Florida, this 20th day of April, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2